SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DEONDRE RAGLIN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>              Plaintiff,<br><br>     vs.<br><br>BAY WORSHIP COLLECTIVE LLC;<br>BRENT SCOTT MILLER, AS TRUSTEE<br>OF THE BRENT SCOTT MILLER<br>FAMILY TRUST; and DOES 1 to 10,<br><br>              Defendants. | **Case No.: 2:26-cv-01572-AH-SK**<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL OF DEFENDANT<br>BAY WORSHIP COLLECTIVE LLC** |

**PLEASE TAKE NOTICE** that Plaintiff DEONDRE RAGLIN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant BAY WORSHIP COLLECTIVE LLC ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

     (a) **Voluntary Dismissal.**

          (1)     *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  March 11, 2026                    SO. CAL. EQUAL ACCESS GROUP


By:   */s/  Jason J. Kim*
          Jason J. Kim
          Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**