UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 26-1572-AH(SKx)** | | Date | May 6, 2026 |
|---|---|---|---|---|
| Title | Deondre Raglin v. Bay Worship Collective LLC et al | | | **JS-6** |

Present: The Honorable   ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:        **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Notice of voluntary dismissal [14], the Court hereby closes this case.

All pending hearings and motions are now taken off calendar and vacated.

IT IS SO ORDERED.


cc: all parties

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | 00   :___ |
|---|---|---|
| | | Initials of Deputy Clerk   YS |